452

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANK CHARLESTON (Impleaded), Defendant-Appellant.

(No. 57298; )

First District (4th Division)—September 12, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago, (Robert Gevirtz and Suzanne Xinos, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Patricia C. Bobb, and John C. O'Rourke, Jr., Assistant State's Attorneys, of counsel,) for the People.